IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHENKEL UNITED CHURCH OF CHRIST | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 09-1823 |
| NORTH COVENTRY TOWNSHIP | : | |

## **ORDER**

AND NOW, this 13th day of November, 2009, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 10), and all document submitted in support thereof and in opposition thereto, it is ORDERED that Defendant's Motion is GRANTED. The First Amended Verified Complaint (Doc. No. 8) is DISMISSED without prejudice to bringing a new action that is ripe for adjudication.

IT IS SO ORDERED.

BY THE COURT:

/s/ *R. Barclay Surrick*

U.S. District Judge